# Proceeding Minutes / Proceeding Memo

**Case #:** 24-50398   **Case Name:** Jennifer McDonald Tatum

**Set:** 04/17/2025 10:30 am   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter**   Motion for Relief from Stay as to 421 Sam Rayburn Drive, Hattiesburg. ., Motion for Relief from Co-Debtor Stay as to Donald A. Tatum, Co-Debtor., Motion to Compel Abandonment . Filed by Creditor Servbank, SB (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Proposed Order)  (Dkt. #42)

Response filed by the Debtor (Dkt. #49)

Minute Entry Re: (related document(s): [42] Motion for Relief From Stay filed by Servbank, SB) Barbour to submit an Agreed Order due by 05/01/2025. Email received from Barbour. (mcc)