

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 22, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
**JENNIFER MCDONALD TATUM fka**
**JENNIFER MCDONALD**               **CHAPTER 13**
    **Debtor**                      **CASE NO.: 24-50398-KMS**

**SERVBANK, SB**
    **Movant**

**V.**

**JENNIFER MCDONALD TATUM fka**
**JENNIFER MCDONALD**
    **Respondent**

### AGREED ORDER MODIFYING THE AUTOMATIC STAY
### AND OTHER RELIEF [DKT #42]

**CAME BEFORE THIS COURT** on the motion of Servbank, SB ("Movant") for relief

from the automatic stay against Debtor under 11 U.S.C. §§ 362, for abandonment pursuant to 11

U.S.C. § 554(b), for relief from the stay of action against non-bankrupt co-debtor under 11

U.S.C. § 1301 and for other relief, and the Court, being fully advised in the premises, and based

upon the agreement of the parties, does hereby find that the parties agree as follows:

1.      Movant holds a valid claim against Debtor and Co-Debtor that is secured by

certain real property located at 421 Sam Rayburn Drive, Hattiesburg, Mississippi  39402

("Property").

2.     That should Debtor fail to comply with the provisions of this Agreed Order, good and sufficient cause will exist to lift, terminate and annul the automatic stay of 11 U.S.C. § 362 and § 1301, and for the Property to be abandoned.

4.     This Order shall be binding upon Debtor, Debtor's successors and assigns.

5.     Movant, Debtor and Trustee agree that good cause exists herein for the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) to be waived and that this Order should be effective immediately upon entry.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Debtor is to continue making payment pursuant to the underlying loan documents.  Should Debtor subsequently become sixty (60) days delinquent in payment, and upon ten (10) days written notice to Debtor and Debtor's attorney of such delinquency fails to cure such delinquency, the automatic stay of 11 U.S.C. § 362 and 11 U.S.C. § 1301 of the Bankruptcy Code shall immediately lift and be vacated without further Order of this Court and the Property shall be abandoned from the estate pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code.  Should Debtor remain current in scheduled plan payments for a consecutive twenty-four (24) month period after the date of this Agreed Order, the strict compliance provision above shall be unenforceable.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that this Agreed Order shall survive any subsequent

conversion to another chapter bankruptcy case with no further motion or order needed ~~XXXXX~~  KMS

~~subsequent bankruptcy case filing~~.

**##END OF ORDER##**

Agreed and Approved by:

/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Movant


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


  /s/Samuel J. Duncan, Atty for
David Rawlings
Bankruptcy Trustee



Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com

Exhibit "A"

Lot 272 and the North 6 feet of Lot 273 of Westover West 2nd Addition or Subdivision of Lamar County, Mississippi, a subdivision according to the official map or plat thereof on file and of record in the office of the Chancery Clerk of Lamar County, Mississippi.