B 2100A(Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT-6 DIVISIONAL OFFICE DIVISION

In re:   Jennifer McDonald Tatum            Case No.   24-50398-KMS
         fka Jennifer McDonald

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lakeview Loan Servicing, LLC | Servbank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**LoanCare, LLC**
**3637 Sentara Way**
**Virginia Beach, VA 23452**

Court Claim # (if known):   9-1
Amount of Claim:   $85,213.73
Date Claim Filed:   5/7/2024

Phone:   1-800-509-0183
Last Four Digits of Acct #   3182

Phone:   866-867-0330
Last Four Digits of Acct #   1808

Name and Address where transferee payments should be sent (if different from above):
**LoanCare, LLC**
**P.O. Box 8068**
**Virginia Beach, VA 23450**

Phone:   1-800-509-0183
Last Four Digits of Acct #:   3182

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   */s/Dane   Exnowski*                              Date:   03/09/2026
       Authorized Agent for Transferee

Penalty for making a false statement:   Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 & 3571

| | |
|---|---|
| In Re: | Bankruptcy Case No.:  24-50398-KMS |
|     Jennifer McDonald Tatum | |
|     fka Jennifer McDonald | Chapter:  13 |
| | Judge:  Katharine M. Samson |

## CERTIFICATE OF SERVICE

I, Dane  Exnowski, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jennifer McDonald Tatum
421 Sam Rayburn Dr
Hattiesburg, MS 39402

Thomas Carl Rollins, Jr.                                              *(served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee                                             *(served via ECF Notification)*
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee                                                 *(served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  03/09/2026          By:  /s/Dane  Exnowski
                 (date)                   Dane  Exnowski
                                     Authorized Agent for Transferee



P. O. Box 8068 Virginia Beach, VA 23450-8068

February 11, 2026

JENNIFER M TATUM
421 SAM RAYBURN DR
HATTIESBURG MS 39402-1120

## Your Servicing Transfer

Dear Customer(s):

The servicing of your mortgage loan will be transferred to LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC effective 02-03-2026.

You may have recently received a Notice of Servicing Transfer from your previous servicer informing you of the upcoming servicing transfer and correspondence from us designed to prepare you for this transition.

Your official welcome package is enclosed with this letter and includes:

> Your Notice of Servicing Transfer

> Mortgage payment and fee schedules

> Information about insurance and auto draft payments

Please take a few moments to review this information to learn more about what you can expect as your loan transfers to LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC.

Let's get started.

### INFO

**CUSTOMER NAME(S):**
Jennifer M Tatum

**PROPERTY ADDRESS:**
421 Sam Rayburn Dr
Hattiesburg MS 39402

**YOUR NEW LOAN NUMBER:**

### CONTACT US

**CUSTOMER SERVICE:**
1-800-509-0183

**COLLECTIONS:**
1-800-509-0183

**HOURS:**

Monday – Friday
8:00 A.M. – 9:00 P.M. ET

Saturday
8:00 A.M. – 3:00 P.M. ET

## Notice of Servicing Transfer

The servicing of your mortgage loan is being transferred, effective 02-03-2026. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Servbank is now collecting your payments. Servbank will stop accepting payments received from you after 02-02-2026.

LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC will collect your payments going forward. Your new servicer will start accepting payments received from you on 02-03-2026.

**Send all payments due on or after 02-03-2026 to LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC at this address: P.O. Box 60509, City Of Industry, CA 91716-0509.**

If you have any questions for either your present servicer, Servbank, or your new servicer, LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC, about your mortgage loan or this transfer, please contact them using the information below:

| CURRENT SERVICER | NEW SERVICER |
| --- | --- |
| Servbank | LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC |
| Customer Service | Customer Service |
| 1-866-867-0330 | (800)509-0183 |
| 3138 E Elwood Street Phoenix, AZ 85034 | P.O. Box 8068, Virginia Beach, VA 23450 |

### Important notes about insurance and late fees

If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way: LoanCare, LLC does not offer life insurance or disability insurance. If you were previously enrolled in this service, it will no longer be part of your monthly payment. You should contact your provider to arrange for direct payment or cancellation of these services.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

Property Insurance

Please ask your insurance carrier to change the mortgagee clause to:
Lakeview Loan Servicing, LLC, ISAOA/ATIMA, C/O LoanCare, LLC, P. O. Box 202049, Florence, SC 29502-2049


Sincerely,

LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC
NMLS ID ▮▮▮▮



## Your Payment Schedule and Account Information

Your payment will be due on the first day of each month.  The exact amount of your monthly payment is as follows:



| | |
|---|---|
| Principal and Interest (P&I) | $633.22 |
| Escrow | $739.80 |
| **Total Monthly Payment** | $1,373.02 |

## Special Request Fees

Fees charged for special services you might request are listed below.  The actual fees charged to a particular customer may be different or there may be no fee.  This fee schedule is subject to change.  Please review each statement for changes.



**SPECIAL REQUEST FEES**

| | |
|---|---|
| Pay-by-Phone (over the phone check) | No Fee |
| Automated Phone System | No Fee |
| Online Payment | No Fee |
| Autodraft Fee | No Fee |
| Insufficient/Returned Check | Up to $60.00 |
| Extraordinary Services | As Agreed |
| Payoff Statement Fee | No Fee |

## Sign Up for Auto Draft Payments

Free.  Convenient.  Peace of Mind.

We encourage you to take advantage of our auto draft service, at no cost.  To register, sign into our website at https://lakeviewloanservicing.myloancare.com and complete the registration forms.  Confirmation of your enrollment in auto draft service will be mailed within 48 hours.

Select a Monthly Draft Date per the terms of your note, agreement, contract, or a recent monthly billing statement.  Most monthly payments are due the first day of each month with a late payment being assessed if the payment is not made before the end of normal business hours on the sixteenth of the month.  Some notes/agreements, including but not limited to home equity lines and home equity lines of credit, may provide for a different due date and grace period.  Please select a Monthly Draft Date prior to the grace period expiring/late charge assessment date.

If the Monthly Draft Date falls on a Saturday, Sunday, or federal holiday, the draft will occur on the next business day. We will notify you in writing when the automatic payments will begin. Your account must be current to be eligible for this service.

**Notice of Error and Requests for Information**

In accordance with the federal Real Estate Settlement Procedures Act (RESPA) and Regulation X, borrowers have the right to notify their servicer of an error regarding the servicing of their closed end mortgage loan or to request information related to the servicing of their closed-end mortgage loan. Should you want to submit a written notice of error or written request for information, please include your full name, information that enables us to identify your mortgage loan account, such as a mortgage loan number, and the error you believe to have occurred or clearly state the information you are requesting with respect to your mortgage loan account.

Please note that a notice on a payment coupon or other payment is not considered a notice of error or request for information. Within five (5) days (excluding legal public holidays, Saturdays, and Sundays) of receiving a notice of error or information request, a written acknowledgement will be provided to you, and, in general, we will respond no later than 30 days after receiving the initial written notice of error or written request for information.

**Please send any notices of error or information requests to the following address:**

LoanCare, LLC
Attn: Office of the Customer
P.O. Box 8068
Virginia Beach, VA 23450

TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY RECEIVED A DISCHARGE IN A BANKRUPTCY PROCEEDING, PLEASE NOTIFY US IMMEDIATELY AND BE ADVISED THAT THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY. THIS NOTICE IS NOT INTENDED TO COLLECT, RECOVER, OR OFFSET THE DEBT AGAINST YOU PERSONALLY AND SHOULD NOT BE CONSIDERED A DEMAND FOR PAYMENT OR INDICATE THAT YOU ARE PERSONALLY LIABLE FOR THIS DEBT. PLEASE CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS UNDER BANKRUPTCY LAW.

THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) MAY OFFER PROTECTION OR RELIEF TO SERVICE MEMBERS. IF EITHER YOU HAVE BEEN CALLED TO ACTIVE DUTY OR ACTIVE SERVICE, OR YOU ARE A SPOUSE OR DEPENDENT OF SUCH A SERVICE MEMBER, YOU MAY BE ENTITLED TO CERTAIN LEGAL PROTECTIONS AND DEBT RELIEF PURSUANT TO THE SERVICEMEMBERS CIVIL RELIEF ACT. IF YOU HAVE NOT MADE US AWARE OF YOUR STATUS, PLEASE CONTACT US IMMEDIATELY. YOU MAY ALSO CALL 1-800-342-9647 (TOLL-FREE FROM THE UNITED STATES) OR WWW.MILITARYONESOURCE.MIL/LEGAL TO FIND OUT MORE INFORMATION.


