**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jennifer McDonald Tatum, Debtor** **Case No. 24-50398-KMS**
**CHAPTER 13**

# NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: October 2, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jennifer McDonald Tatum, Debtor** **Case No. 24-50398-KMS**
**CHAPTER 13**

**MOTION TO SUSPEND PLAN PAYMENTS**

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is scheduled to undergo a medical procedure and will be required to miss approximately eight weeks of work during the recovery period.
3. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of November and December 2026.
4. Debtor wishes to resume making plan payments beginning in January 2027
5. Debtor is requesting that her Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JENNIFER MCDONALD TATUM

CASE NO: 24-50398-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/5/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JENNIFER MCDONALD TATUM

CASE NO: 24-50398-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/5/2026, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/5/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-50398-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
MON OCT 5 9-54-28 PST 2026

~~EXCLUDE~~

~~(U)LAKEVIEW LOAN SERVICING LLC~~

(P)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

SCOLOPAX LLC
CO WEINSTEIN RILEY PS
749 GATEWAY SUITE G-601
ABILENE TX 79602-1196

SERVBANK NA
14841 DALLAS PARKWAY SUITE 350
DALLAS TX 75254-7685

SERVBANK NA
3138 E ELWOOD ST
PHOENIX AZ 85034-7210

SERVBANK SB
SERVBANK SB
14841 DALLAS PARKWAY SUITE 350
DALLAS TX 75254-7685

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

ADVANCE AMERICA
135 N CHRUCH ST
SPARTANBURG SC 29306-9902

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

DONALDVAN TATUM
421 SAM RAYBURN
HATTIESBURG MS 39402-1120

FOREST GENERAL HOSPITA
6051 US 49
HATTIESBURG MS 39401

GULFCO OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

HATTIESBURG CLINIC PA
415 S 28TH AVE
HATTIESBURG MS 39401-7283

KAREN A MAXCY ESQ
MCCALLA RAYMER LEIBERT PIERCE LLC
FOR LAKEVIEW LOAN SERVICING LLC
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

(P)KASHABLE LLC
PO BOX 4287
NEW YORK NY 10163-4287

KOHLSCAPITAL ONE
PO BOX 3043
MILWAUKEE WI 53201-3043

LAKEVIEW LOAN SERVICING LLC
LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH VA 23452-4262

(P)QCHI
PO BOX 14948
LENEXA KS 66285-4948

NELNET
PO BOX 82505
LINCOLN NE 68501-2505

NETCREDIT
175 W JACKSON BLVD
SUITE 600
CHICAGO IL 60604-2948

ORTHOBANC
900 S BROADWAY
HATTIESBURG MS 39401-7533

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND WA 98083-0788

REPUBLIC FINANCE
PO BOX 17227
HATTIESBURG MS 39404-7227

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~

~~(D)SCOLOPAX LLC~~
~~CO WEINSTEIN RILEY PS~~
~~749 GATEWAY~~
~~SUITE G-601~~
~~ABILENE TX 79602-1196~~

SERVBANK NA
3138 E ELWOOD ST
PHOENIX ARIZONA 85034-7210

SERVBANK SB
3138 E ELWOOD ST
PHOENIX ARIZONA 85034-7210

SUNBELT FCU
ATTN BANKRUPTCY
6885 US HIGHWAY 49 3
HATTIESBURG MS 39402-7807

THE MONEY SOURCE INC
500 SOUTH BROAD STREET
SUITE 100A
MERIDEN CT 06450-6755

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TRUSTCARE
6176 US HWY 98
HATTIESBURG MS 39402

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN NE 68508-1911

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

(P)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

(P)WELLS FARGO
P O BOX 9210
DES MOINES IA 50306-9210

WELLS FARGO BANK NA
PO BOX 10438 MAC F823502F
DES MOINES IA 50306-0438

WESLEY MEDICAL CENTER
PO BOX 16509
HATTIESBURG MS 39404-6509

WILKINSON LAW FIRM
PO BOX 321408
FLOWOOD MS 39232-1408

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

DONALD A TATUM
421 SAM RAYBURN DRIVE
HATTIESBURG MS 39402-1120

DEBTOR

JENNIFER MCDONALD TATUM
421 SAM RAYBURN DR
HATTIESBURG MS 39402-1120

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767