**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jennifer McDonald Tatum, Debtor** **Case No. 24-50398-KMS**
**CHAPTER 13**

## ORDER SUSPENDING PLAN PAYMENTS

THIS CAUSE having come on this date on the Debtor's Motion to Suspend Plan Payments (DK # 64 ), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Suspend Plan Payments is granted. Debtor's past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan are hereby suspended for November and December 2026 and that the Trustee shall increase Debtor's plan payment as necessary to offset for the lost plan payment with payments to resume in January 2027. The Trustee is authorized to increase the Wage Order accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS