**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jennifer McDonald Tatum, Debtor** **Case No. 24-50398-KMS**
**Chapter 13**

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Jennifer McDonald Tatum — 11/19/2026
Jennifer McDonald Tatum — Date

/s/ Thomas C. Rollins, Jr. — 11/23/2026
Thomas C. Rollins, Jr., MS Bar No. 103469 — Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

## CERTIFICATE OF SERVICE

On November 23, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JENNIFER MCDONALD TATUM

CASE NO: 24-50398-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/23/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JENNIFER MCDONALD TATUM

CASE NO: 24-50398-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/23/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/23/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-50398-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
MON NOV 23 11-33-17 PST 2026

~~EXCLUDE~~

~~(U)LAKEVIEW LOAN SERVICING LLC~~

(P)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

SCOLOPAX LLC
CO WEINSTEIN RILEY PS
749 GATEWAY SUITE G-601
ABILENE TX 79602-1196

SERVBANK NA
14841 DALLAS PARKWAY SUITE 350
DALLAS TX 75254-7685

SERVBANK NA
3138 E ELWOOD ST
PHOENIX AZ 85034-7210

SERVBANK SB
SERVBANK SB
14841 DALLAS PARKWAY SUITE 350
DALLAS TX 75254-7685

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

ADVANCE AMERICA
135 N CHRUCH ST
SPARTANBURG SC 29306-9902

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

DONALDVAN TATUM
421 SAM RAYBURN
HATTIESBURG MS 39402-1120

FOREST GENERAL HOSPITA
6051 US 49
HATTIESBURG MS 39401

GULFCO OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

HATTIESBURG CLINIC PA
415 S 28TH AVE
HATTIESBURG MS 39401-7283

KAREN A MAXCY ESQ
MCCALLA RAYMER LEIBERT PIERCE LLC
FOR LAKEVIEW LOAN SERVICING LLC
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

(P)KASHABLE LLC
PO BOX 4287
NEW YORK NY 10163-4287

KOHLSCAPITAL ONE
PO BOX 3043
MILWAUKEE WI 53201-3043

LAKEVIEW LOAN SERVICING LLC
LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH VA 23452-4262

(P)QCHI
PO BOX 14948
LENEXA KS 66285-4948

NELNET
PO BOX 82505
LINCOLN NE 68501-2505

NETCREDIT
175 W JACKSON BLVD
SUITE 600
CHICAGO IL 60604-2948

ORTHOBANC
900 S BROADWAY
HATTIESBURG MS 39401-7533

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND WA 98083-0788

REPUBLIC FINANCE
PO BOX 17227
HATTIESBURG MS 39404-7227

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~

~~(D)SCOLOPAX LLC~~
~~CO WEINSTEIN RILEY PS~~
~~749 GATEWAY~~
~~SUITE G-601~~
~~ABILENE TX 79602-1196~~

SERVBANK NA
3138 E ELWOOD ST
PHOENIX ARIZONA 85034-7210

SERVBANK SB
3138 E ELWOOD ST
PHOENIX ARIZONA 85034-7210

SUNBELT FCU
ATTN BANKRUPTCY
6885 US HIGHWAY 49 3
HATTIESBURG MS 39402-7807

THE MONEY SOURCE INC
500 SOUTH BROAD STREET
SUITE 100A
MERIDEN CT 06450-6755

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TRUSTCARE
6176 US HWY 98
HATTIESBURG MS 39402

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN NE 68508-1911

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

(P)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

(P)WELLS FARGO
P O BOX 9210
DES MOINES IA 50306-9210

WELLS FARGO BANK NA
PO BOX 10438 MAC F823502F
DES MOINES IA 50306-0438

WESLEY MEDICAL CENTER
PO BOX 16509
HATTIESBURG MS 39404-6509

WILKINSON LAW FIRM
PO BOX 321408
FLOWOOD MS 39232-1408

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

DONALD A TATUM
421 SAM RAYBURN DRIVE
HATTIESBURG MS 39402-1120

DEBTOR

JENNIFER MCDONALD TATUM
421 SAM RAYBURN DR
HATTIESBURG MS 39402-1120

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~